[Crim. No. 472.   Fourth Dist.   Apr. 1, 1942.]

THE PEOPLE, Respondent, v. JOHN MILANCHALK, Appellant.

Edgar G. Langford for Appellant.

Earl Warren, Attorney General, and Denver Peckinpah, Deputy District Attorney (Fresno), for Respondent.

THE COURT.—The clerk's and reporter's transcripts were filed in this court on February 13, 1942. No briefs have been filed and the only appearance on behalf of the appellant is in the form of a letter from his counsel to the effect that he was abandoning the appeal.

The cause was regularly placed on the calendar for March 31, 1942, at which time a motion to affirm the judgment under section 1253 of the Penal Code was made.

The motion is granted and the judgment is affirmed.